IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRISH MAE B. DE LOS SANTOS, REYNALDO C. INFIESTO, RICKEL S. INTING, JELSON C. SUMABAL, AND ADELISA C. SURIGAO,[1]<br><br>*Applicants*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Misc. Case No. ____________________ |

## *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Applicants Irish Mae B. De Los Santos, Reynaldo C. Infiesto, Rickel S. Inting, Jelson C. Sumabal, and Adelisa C. Surigao, through counsel, apply to the Court for an *ex parte*[2] Order under 28 U.S.C. § 1782 granting them leave to issue subpoenas to respondent American Petroleum Institute

[1] Applicants' residential addresses are in the Philippines. They are proceeding in this action via their attorney-in-fact, Gregory Lascelles, Hausfeld & Co. LLP, 12 Gough Square, London, EC4A 3DW. Courts have repeatedly permitted a section 1782 application to be brought by an agent, including an attorney such as Mr. Lascelles, who is acting on behalf of a principal to fulfill the statute's "interested person" requirement. *See, e.g.*, *In Re: Wildlife Conservation Society*, 1:24-mc-00246, ECF No. 20 (S.D.N.Y. Sept. 4, 2024); *Certain Funds, Accounts and/or Inv. Vehicles v. KPMG, L.L.P.*, 798 F.3d 113, 120 (2d Cir. 2015).

[2] It is typical to consider requests for section 1782 assistance *ex parte*. *See, e.g.*, *In re Pishevar*, No. 21-mc-105, 2023 U.S. Dist. LEXIS 27894, at *1 (D.D.C. Feb. 17, 2023). *Ex parte* review is generally "justified by the fact that the parties [from whom discovery is sought] will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it." *In re de Leon*, No. 19-mc-197, 2020 WL 1047742, at *3 (D.D.C. Mar. 4, 2020) (alteration in original) (citation omitted); *see also In re Bapa Holdings*, No. 25-mc-00026, 2025 LX 590430, at *1 (D.D.C. Nov. 24, 2025) (granting application *ex parte* where applicant highlighted "that any issues related to the subpoena could be raised in a motion to quash"); *Gushlak v. Gushlak*, F. App'x 215, 217 (2d Cir. 2012) ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*. The respondent's due process rights are not violated because he can later challenge any discovery request by moving to quash pursuant to Federal Rule of Civil Procedure 45(c)(3).").

to produce documents and give testimony for use in a civil lawsuit proceeding in the United Kingdom regarding injuries suffered due to the impacts of a typhoon that struck the Philippines.

This application is supported by the Memorandum of Law and the Declarations of Gregory Lascelles ("Lascelles Decl."); Roberto Eugenio Templo Cadiz ("Cadiz Decl."); and Alison Borochoff-Porte ("Borochoff-Porte Decl.") filed herewith. A proposed order is annexed hereto as Exhibit A. A proposed subpoena to testify at a deposition is annexed to the Declaration of Alison Borochoff-Porte as Exhibit A, and a proposed subpoena to produce documents, information, or objects is annexed to the Declaration of Alison Borochoff-Porte as Exhibit B.

Dated: September 28, 2026

Respectfully submitted,

*/s/ Alison Borochoff-Porte*

Alison Borochoff-Porte (D.C. Bar No. 219393)
Lindsay A. Bailey (D.C. Bar No. 17234447)
Rachel Conrad (D.C. Bar No. 90042405)*
**EARTHRIGHTS INTERNATIONAL**
1400 K Street NW, Suite 750
Washington, DC 20005
Tel.: (202) 466-5188 x116
alison.borochoff-porte@earthrights.org
lindsay.bailey@earthrights.org
rachel.conrad@earthrights.org

Reena Gambhir (D.C. Bar No. 989470)*
Mary Sameera Van Houten Harper (D.C. Bar No. 1045137)
Kira Hesskiel (D.C. Bar No. 90016170)*
**HAUSFELD LLP**
1200 17th Street, Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
Fax: (202) 540-7201
rgambhir@hausfeld.com
mvanhouten@hausfeld.com
khesskiel@hausfeld.com

**Pro hac vice* motions forthcoming