IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRISH MAE B. DE LOS SANTOS, REYNALDO C. INFIESTO, RICKEL S. INTING, JELSON C. SUMABAL, and ADELISA C. SURIGAO,<br><br>*Applicants*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Misc. Case No. ____________________ |

To the extent Rule 26.1 of the Local Rules of the United States District Court for the District of Columbia or Fed. R. Civ. P. 7.1 is deemed applicable, undersigned counsel certifies that to the best of their knowledge and belief, Hausfeld & Co. LLP is a United Kingdom limited liability partnership and does not issue stock. Further, to the best of undersigned counsel's knowledge and belief, Hausfeld & Co. LLP has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 28, 2026

Respectfully submitted,

*/s/ Alison Borochoff-Porte*

Alison Borochoff-Porte (D.C. Bar No. 219393)
Lindsay A. Bailey (D.C. Bar No. 17234447)
Rachel Conrad (D.C. Bar No. 90042405)*
**EARTHRIGHTS INTERNATIONAL**
1400 K Street NW, Suite 750
Washington, DC 20005
Tel.: (202) 466-5188 x116
alison.borochoff-porte@earthrights.org
lindsay.bailey@earthrights.org
rachel.conrad@earthrights.org

Reena Gambhir (D.C. Bar No. 989470)*

Mary Sameera Van Houten Harper (D.C. Bar No. 1045137)
Kira Hesskiel (D.C. Bar No: 90016170)*
**HAUSFELD LLP**
1200 17th Street, Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
Fax: (202) 540-7201
rgambhir@hausfeld.com
mvanhouten@hausfeld.com
khesskiel@hausfeld.com

**Pro hac vice* motions forthcoming